UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:11CR00538 JAR |
| | ) | |
| MARK WUNDERLI, | ) | |
| | ) | |
| Defendant. | ) | |

# **ORDER**

This matter is before the Court on Defendant's pretrial motions to suppress statements, evidence (ECF Nos. 10, 22, 23) and for pretrial disclosure of information and evidence (ECF Nos. 24, 25), and the motions of the United States for a determination of the admissibility of arguably suppressible evidence (ECF Nos. 11, 17). Pursuant to 28 U.S.C. § 636(b), this matter was referred to United States Magistrate Judge David D. Noce, who filed a Report and Recommendation on March 27, 2012. (ECF No. 38). In his Report and Recommendation, Magistrate Judge Noce recommends that Defendant's motions for pretrial disclosure of information and evidence (ECF Nos. 24, 25) be denied as moot, that the government's pretrial motions for a determination of admissibility of any arguably suppressible evidence (ECF Nos. 11, 17) be denied as moot, and that Defendant's motions to suppress evidence (ECF Nos. 10, 22, 23) be denied. On April 13, 2012, Defendant filed his Objections to the Report and Recommendation. (ECF No. 41). After de novo review of the entire record in this matter, this Court adopts Magistrate Judge Noce's recommendation that the motions be denied.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (ECF No. 38) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's motions for pretrial disclosure of information and evidence (ECF Nos. 24, 25) are **DENIED** as moot.

**IT IS FURTHER ORDERED** that the government's pretrial motions for a determination of admissibility of any arguably suppressible evidence (ECF Nos. 11, 17) are **DENIED** as moot

**IT IS FURTHER ORDERED** that Defendant's motions to suppress evidence (ECF Nos. 10, 22, 23) are **DENIED**.

Dated this 25th day of April, 2012.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE